United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY D. ROSS,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDSTAD PROFESSIONALS, US, LLC DBA RANDSTAD SOURCERIGHT, *et al*.,<br><br>    Defendants. | Case No. 21-cv-01945-SI<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Re: Dkt. No. 31 |

Defendants have filed a joint statement of non-opposition to plaintiff's motion for leave to file a first amended complaint. Accordingly, the Court GRANTS plaintiff's motion, and the first amended complaint filed at Dkt. No. 30 shall be the operative complaint.

**IT IS SO ORDERED**.

Dated: August 2, 2021

                                              SUSAN ILLSTON
                                              United States District Judge