UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY D. ROSS,<br><br>        Plaintiffs,<br><br>v.<br><br>RANDSTAD PROFESSIONALS, US, LLC DBA RANDSTAD SOURCERIGHT, et al.,<br><br>        Defendants. | Case No. 21-cv-01945-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

ADR:  MAGISTRATE SETTLEMENT CONFERENCE to occur in 1/2022

FURTHER CASE MANAGEMENT: 1/14/2022 at 3:00 PM.
Joint Case Management Statement due:  1/7/2022.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 3/15/2022.

DESIGNATION OF EXPERTS: 3/25/2022; REBUTTAL: 4/8/2022;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 4/29/2022.

DISPOSITIVE MOTIONS **SHALL** be filed by; 5/15/2022;
    Opp. Due: 5/27/2022; Reply Due: 6/3/2022;
    and set for hearing no later than 6/17/2022 at 10:00 AM.

PRETRIAL PAPERWORK due:  7/19/2022;
PRETRIAL CONFERENCE DATE: 8/2/2022 at 3:30 PM.

BENCH TRIAL DATE: 8/15/2022 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 4 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: September 7, 2021

_____
SUSAN ILLSTON
United States District Judge