BARRY D. ROSS
6343 PARK CREEK DRIVE
CHARLOTTE, NC 28262
Tel:   (310) 600-5719

*Pro Se* Plaintiff  BARRY ROSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSS, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>WALMART LABS, a California Corporation; WALMART, INC., an Arkansas Corporation; RANDSTAD STAFFING, a California Corporation; RANDSTAD NORTH AMERICA, INC., a Georgia Corporation; RANDSTAND SOURCERIGHT, a Georgia Corporation; JASON CORBETT, an Individual; ASHLEY HOGAN, an Individual; and DOES 1 through 25, Inclusive,<br><br>Defendants. | CASE NO: 3:21-CV-01945-SI<br><br>**PLAINTIFF'S DECLARATION PURSUANT TO MOTION TO COMPEL ORDER** |

Plaintiff Ross in compliance with Judge Illston's directive, has read and reviewed (1) Federal Rules of Civil Procedure 26, 30, and 33-37; (2) Northern District Civil Local Rules 26, 30, and 33-37, and (2) General Order 71 re: Discovery Protocols for Employment Cases Alleging Adverse Action.

1
**PLAINTIFF'S DECLARATION**

Plaintiff sought to compel discovery, based upon Defendants' failure to provide requested documents, as part of their initial discovery submissions.  Plaintiff notified Defendants, that he was planning to file a Request for Documents, prior to Defendants' submission of initial discovery.  However, Defendant Counsel, Kiran Lopez, indicated on September 7th, 2021 that Defendants would provide requested documents, based upon Plaintiff's request via email.

When Defendants failed to provide requested documents, Plaintiff filed his Motion to Compel.  Furthermore, at the time of Plaintiff's filing, Defendants had not proffered a protective order, to comply with request.  Defendants only replied to Plaintiff's request, upon filing of a Motion to Compel.

Dated : November 1, 2021

*BARRY D. ROSS*
BARRY D. ROSS,
PRO SE PLAINTIFF